UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A.Z.,

    Petitioner,

v.

KIRSTJEN M. NIELSEN,
as Secretary of the Department of
Homeland Security;
LEE FRANCIS CISSNA, as Director of the
U.S. Citizenship & Immigration;
JENNIFER B. HIGGINS, as USCIS
Associate Director of Refugee, Asylum &
International Operations,

    Respondents.

Civil Action No. 18-cv-10511-PBS

**RESPONDENT'S MOTION REQUESTING THE COURT TO ORDER COUNSEL FOR THE PLAINTIFF TO DISCLOSE PETITIONER'S NAME IN THE CURRENT AND ANY FUTURE HABEAS PETITIONS**

Respondents, Kirstjen M. Nielsen, as Secretary of the Department of Homeland Security, Lee Francis Cissna, as Director of the U.S. Citizenship & Immigration and Jennifer B. Higgins, as USCIS Associate Director of Refugee, Asylum & International Operations, by and through Andrew E. Lelling, the United States Attorney for the District of Massachusetts, herein move this Court to Order counsel for the Petitioner to disclose Petitioner's name not only in this current case before the Court, but in all future habeas petitions. As grounds for this motion counsel for Respondents herein states that within only three months into 2018, the defensive unit for the civil division of the United States Attorney's office has experienced a 50 percent increase in the number of immigration cases filed over the entire 2017 year combined. As a result, it is extremely time consumer for both the Respondents, and counsel for the Respondents, to attempt to investigate who the Petitioner is without a name nor an A-File number. Indeed, no other law

*3/28/18*

*Allowed in part. Plaintiff shall provide the name to the government's [illegible]*